IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILAS GREY,<br><br>          Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>          Respondent. | **8:24CV80**<br><br>**ORDER** |

Upon review of the motion, and for good cause shown,

1. Respondent's motion to continue, Filing No. 10, is granted.

2. Respondent's Motion for Summary Judgment or submission of state court records in support of an Answer shall be filed on or before **November 26, 2025**.

Dated this 12th day of November, 2025.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge