IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILAS GREY,<br><br>    Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>    Respondent. | 8:24CV80<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on Respondent's Motion to Seal, Filing No. 15. Respondent asks the Court to enter an order pursuant to NECivR 7.5 sealing Respondent's Index of Evidence/Designation of Court Records in support of Respondent's Motion for Summary Judgment. Respondent states that the records filed in support of summary judgment consist almost entirely of documents that have been deemed confidential by Nebraska law. *See* Filing No. 15 at 1-2. The Court finds the Motion should be granted.

  The Court ordered Petitioner to file and serve a brief in opposition to the Respondent's Motion for Summary Judgment no later than 30 days following the filing of a motion for summary judgment. Filing No. 7 at 3. Respondent filed his Motion for Summary Judgment on December 5, 2025, Filing No. 14. Petitioner's brief was therefore due on January 5, 2026. On the Court's own motion, Petitioner will be granted an extension to file a brief in opposition. Accordingly,

  IT IS ORDERED that:

  1. Respondent's Motion to Seal, Filing No. 15, is granted.

2. Petitioner shall file his brief in opposition to the Respondent's Motion for Summary Judgment on or before **February 20, 2026**. Otherwise, the matter will be ripe for consideration.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 20, 2026**: check for Petitioner's brief.

Dated this 21st day of January, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge